1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9

10   Lorenzo Delgado,                    )   No. CV 11-1208-PHX-GMS (ECV)
                                         )
11                    Petitioner,        )   **ORDER**
                                         )
12                                       )
                                         )
13   vs.                                 )
                                         )
14                                       )
     Sheriff Joseph Arpaio, et al.,      )
15                                       )
                                         )
16                    Respondents.       )
     _____)

17

18          On June 20, 2011, Petitioner Lorenzo Delgado, who is confined in the Maricopa

19   County's Fourth Avenue Jail in Phoenix, Arizona, filed a *pro se* Application under 28 U.S.C.

20   § 2254 for Writ of Habeas Corpus by a Person in State or Federal Custody and an

21   Application to Proceed *In Forma Pauperis.*[1]  (Doc. 2.)  The Court will deny the Application

22   with leave to pay the $5.00 filing fee within 30 days.

23   /     /     /

24   _____

25      [1] Petitioner is being held on various charges pending in Maricopa County Superior Court,
     case# CR2011-129647. See http://www.superiorcourt.maricopa.gov/docket/CriminalCourt
26   Cases/caseInfo.asp (Last visited July 6, 2011).  Plaintiff was arraigned on June 30, 2011. Id.
     as such, the Court construes the Petition as having been brought pursuant to 28 U.S.C.
27   § 2241, rather than § 2254.

28

JDDL

**I.      Application to Proceed *In Forma Pauperis***

Local Rule of Civil Procedure 3.5(b) requires payment of the $5.00 statutory filing fee if a petitioner has more than $25.00 in his inmate account.  Petitioner's Application to Proceed indicates that he currently has $28.36 in his inmate account.  Accordingly, the Court will deny the Application to Proceed and will give Petitioner 30 days to pay the $5.00 filing fee.  If Petitioner fails to pay the $5.00 filing fee within 30 days, the Petition for a Writ of Habeas Corpus will be dismissed.

**II.      Warnings**

**A.      Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.  Petitioner must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

**B.      Copies**

Petitioner must submit an additional copy of every filing for use by the Court.  LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Petitioner.

**C.      Possible Dismissal**

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice.  See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED**:

1)      Petitioner's Application To Proceed *In Forma Pauperis* is **denied**.  (Doc. 2.)

2)      Within 30 days of the date this Order is filed, Petitioner must pay the $5.00 filing fee.

1      3)      If Petitioner fails to pay the $5.00 filing fee, the Clerk of Court must enter a

2   judgment of dismissal of this action without prejudice and without further notice to

3   Petitioner.

4          DATED this 6th day of July, 2011.

5

6                    _____
                                          G. Murray Snow
7                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28